|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | CENTRAL DISTRICT OF CALIFORNIA | |
| TONYA WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | NO.  EDCV 17-617-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the City's motion to dismiss the First Amended Complaint is granted and all claims against the City are dismissed without leave to amend; (2) the IRS Defendants' motion to dismiss the First Amended Complaint is granted; (4) Plaintiff's *Bivens* claims against the IRS Defendants are dismissed with prejudice; (5) the FOIA claims, Privacy Act claims, Administrative Procedure Act

claim, and state law claims against the IRS Defendants are dismissed for lack of jurisdiction; and (6) Plaintiff's request for sanctions is denied.

DATED: 8/1/17

DALE S. FISCHER
United States District Judge