UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONYA WASHINGTON,                        )        NO.  EDCV 17-617-DSF (AGR)
                           Plaintiff,     )
                                          )        JUDGMENT
          v.                              )
                                          )
INTERNAL REVENUE SERVICE,                 )
et. al.,                                  )
                           Defendant.     )
_____   )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed and that Judgment is entered for Defendants.

        8/1/17

DATED: _____          _____
                                                  DALE S. FISCHER
                                           United States District Judge